1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  TAMI M. KRENZIN, State Bar No. 183925
   Supervising Deputy Attorney General
3  CHARITY S. WHITNEY, State Bar No. 285727
   Deputy Attorney General
4   2550 Mariposa Mall, Room 5090
    Fresno, CA  93721-2271
5   Telephone:  (559) 705-2314
    Fax:  (559) 445-5106
6   E-mail:  Charity.Whitney@doj.ca.gov
   *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN WEECE,** | 1:23-cv-00124-JLT-EPG-HC |
| Petitioner, | **ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION** |
| v. | |
| **KATHLEEN ALLISON,** | **(ECF No. 10)** |
| Respondent. | |

Respondent has moved for a 30-day enlargement of time to file an Answer to Petition for Writ of Habeas Corpus.

IT IS HEREBY ORDERED that Respondent's request is GRANTED. The Answer to Petition for Writ of Habeas Corpus shall be filed on or before May 2, 2023.

IT IS SO ORDERED.

Dated:  **March 29, 2023**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE