**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WEECE,<br><br>        Petitioner,<br><br>    v.<br><br>DAVID HOLBROOK,<br><br>        Respondent. | No. 1:23-cv-0124 JLT EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING RESPONDENT'S MOTION TO DISMISS<br><br>(Docs. 14, 16) |

      John Weece is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. Respondent moved to dismiss the Petition as unverified and asserted Ground Three of the Petition should be dismissed both as unexhausted and for failure to state a claim upon which relief may be granted. (Doc. 14.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      To allow Petitioner to cure the verification deficiency, the magistrate judge directed Petitioner to file a declaration under penalty of perjury that the contents of the Petition are true and correct. (Doc. 16 at 5.) The magistrate judge found Ground Three may be liberally construed "as asserting an ineffective assistance of counsel claim for trial counsel's failure to impeach prosecution witness Sidney, as set forth in Petitioner's state habeas petition." (*Id.* at 4.) Thus, the magistrate judge found Ground Three stated a cognizable federal habeas claim. (*Id.*) In addition, the magistrate judge found the claim was not unexhausted, because the "ineffective

1

assistance of counsel claim was raised in Petitioner's state habeas petitions filed in the Tulare County Superior Court, the California Court of Appeal, and the California Supreme Court." (*Id.* at 5.) Therefore, the magistrate judge recommended the motion to dismiss be denied. (*Id.* at 6.) The Court served the Findings and Recommendations on the parties on July 12, 2023 and notified them that any objections thereto were to be filed within 14 days after service. (*Id.*) To date, no party has filed objections, and the time for doing so has passed.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendation to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on July 12, 2023 (Doc. 16) are **ADOPTED** in full.
2. Respondent's motion to dismiss (Doc. 14) is **DENIED**.
3. The matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 9, 2023**

UNITED STATES DISTRICT JUDGE